NUMBER
13-10-00680-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JAIME
CANTU,                                                                               Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 105th District Court

                                       of
Kleberg County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza 

                               Memorandum
Opinion Per Curiam

 








Appellant,
Jaime Cantu, by and through his attorney, has filed a motion to withdraw his
appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

PER
CURIAM

 

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed the

30th day of June, 2011.